**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRIFFIN; BRANDON KIDD;<br><br>Plaintiffs,<br><br>v.<br><br>METRA ELECTRONICS CORPORAITON; STAFFLINK OUTSOURCING IV INC; JOHN LELASHER; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No: 2:17-cv-04050-ODW-JC<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 21) and Federal Rule of Civil Procedure 41(a)(2):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

March 15, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**